**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DESTINEE FATE ROWE,<br><br>        Defendant. | CR 25-53-BLG-WWM<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture (Doc. 54) pursuant to Federal Rule of Criminal Procedure 32.2(c)(2). The United States commenced forfeiture in this action pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11) for a violation of 21 U.S.C. § 841(a)(1), to which Defendant Rowe pled guilty. On February 26, 2026, a Preliminary Order of Forfeiture was entered by the Court (Doc. 52). Publication has been affected as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6) and all known interested parties were provided an opportunity to respond. No claims have been made to the property and the time for doing so has expired. It appears that there is cause to issue a final order of forfeiture under Fed. R. Crim. P. 32.2(c)(2).

Accordingly, **IT IS ORDERED** that the Unopposed Motion for Final Order of Forfeiture (Doc. 54), is **GRANTED.**

**IT IS FURTHER ORDERED** that the United States is directed to return the following firearm to its lawful owner, C.G., when no longer needed as evidence and in accordance with governing law.

- Ruger, model Security 380, .380 caliber semi-automatic pistol, S/N: 386-24709.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of May, 2026.

 

 

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE